**[8claimnot]** [NOTICE REGARDING OBJECTION TO CLAIM]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:10−bk−12211−CED
Chapter 13

Kenneth L Lewis
3111 Bent Creek Drive
Valrico, FL 33596

Angela L Lewis
3111 Bent Creek Drive
Valrico, FL 33596

_____Debtor*_____/

## NOTICE REGARDING OBJECTION TO CLAIM

   NOTICE IS HEREBY GIVEN THAT an objection has been filed by the debtors to the claim of Morequity, Inc. . The record reveals that the Objection to Claim has been served on the claimant, and the claimant is now given thirty (30) days from the date of entry of this notice to respond. Unless a timely response is filed to the Objection to Claim, the Court will consider the Objection to Claim, ex parte, and either sustain and disallow the claim or overrule and allow the claim as scheduled or filed, unless a hearing is requested. In the event the claimant files such a response, and requests a hearing, the Objection to Claim will be set for a preliminary hearing by separate notice.

   DATED on November 12, 2010

   FOR THE COURT
   Lee Ann Bennett , Clerk of Court
   Sam M. Gibbons United States Courthouse
   801 North Florida Avenue, Suite 555
   Tampa, FL 33602

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: jonesd              Page 1 of 1              Date Rcvd: Nov 12, 2010
Case: 10-12211                Form ID: 8claimno         Total Noticed: 2
```

The following entities were noticed by first class mail on Nov 14, 2010.
```
db/jdb      +Kenneth L Lewis,   Angela L Lewis,   3111 Bent Creek Drive,   Valrico, FL 33596-8290
cr          +MorEquity, Inc.,   c/o Law Offices of Daniel C. Consuegra,   Daniel C Consuegra,
             9204 King Palm Drive,   Tampa, FL 33619-1328
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 14, 2010**                          **Signature:**    _Joseph Speetjens_